# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CASE NO. 11-20127-CR-KING

UNITED STATES OF AMERICA,

v.

MARTA C. MARTINEZ,

Defendant.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court upon the January 6, 2012 Report and Recommendation (R&R) of Magistrate Judge Peter R. Palermo. (DE #36). Therein, Magistrate Judge Palermo recommends that court-appointed attorney Joseph Chambrot receive $22,147.65 in compensation for his representation of Defendant Marta C. Martinez. The Court has reviewed the R&R and finds that it contains well-reasoned recommendations.

Accordingly, upon due consideration, it is **ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation (**DE #36**) be, and the same is hereby, **AFFIRMED and ADOPTED**. Compensation in the amount of $22,147.65 will be approved by separate Order of the Court.

**DONE** and **ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 13th day of January, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:     **Clerk of Court**

*Counsel for United States*
**Marc Osborne**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305-961-9198
Fax: 305-530-6168
Email: marc.osborne@usdoj.gov

*Counsel for Defendant*
**Joseph Abraham Chambrot**
1885 NW North River Drive
Miami, FL 33125
305-547-2101
Fax: 305-547-2107
Email: joecham@bellsouth.net